## DIXON JAMES v. STATE.

No. A-61.   Opinion Filed November 21, 1910.

*Appeal From McCurtain County.*

PER CURIAM.   The death of the defendant having been suggested and proven to the satisfaction of this court, the prose-cution is hereby abated.